IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:18-cr-00312-DEP |
| | ) | |
| v. | ) | |
| | ) | |
| **APC PAPER COMPANY OF NEW YORK, INC.** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## ADDENDUM TO PLEA AGREEMENT

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York, and defendant APC Paper Company of New York, Inc. (hereinafter, "the defendant'), by and through the defendant's counsel of record, hereby amend the plea agreement in Case No. 8:18-cr-00312-DEP (hereinafter, "the Plea Agreement") as follows:

- o The body of Paragraph 2(f) of the Plea Agreement is hereby amended to read as follows: "The defendant agrees to pay a fine in the amount of $125,000. The defendant will pay the fine by delivering certified checks payable to the U.S. District Court in four quarterly installments, as follows: $50,000 on January 1, 2019; $25,000 on April 1, 2019; $25,000 on July 1, 2019; and $25,000 on October 1, 2019. These payments will be applied in satisfaction of the fine imposed on the defendant at sentencing pursuant to the judgment of the Court (the "fine")."

- o The body of Paragraph 4 of the Plea Agreement is hereby amended to read as follows: "Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the Government and the defendant agree that the sentence of a fine of $125,000, payable in 4 quarterly installments as described in paragraph 2(f) above, and a special assessment of $125, is the appropriate disposition of the case. The United States Attorney's Office and the defendant agree that, to the extent the agreed-upon disposition departs from the applicable sentencing guidelines range, that departure would be made for justifiable reasons under U.S.S.G. § 6B1.2(c)(2). In particular, the specified sentence is reasonable and appropriate under the unique combination of facts and circumstances relating to the defendant, the offense of conviction, and related relevant conduct."

**This Addendum, to become effective, must be signed by all of the parties listed below.**

GRANT C. JAQUITH
United States Attorney

_____       11/9/18
Michael F. Perry                                Date
Assistant United States Attorney
Bar Roll No. 518952


_____ President     09 Nov 2018
APC Paper Company of New York, Inc.        Date
Defendant

_____      November 9, 2018
Gabriel M. Nugent                               Date
Attorney for Defendant
Bar Roll No. 513947